IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00045-RLV

| KEVIN L. SCHRUM, | ) | |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act (the "Motion"). [Doc. No. 18]. In the Motion, the Plaintiff requests attorney's fees in the amount of $3,459.00, representing 18.5 hours of attorney work. The Defendant has consented to this fee request and agrees that it is reasonable. The Court has reviewed the Plaintiff's request, and the evidence submitted in support of the request, and finds the Plaintiff's requested fee to be reasonable.

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded the sum of $3,459.00 in attorney's fees. Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to his counsel's office.

**SO ORDERED**.

Signed: February 2, 2016

Richard L. Voorhees
United States District Judge